

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00470-CR

Isaac Barron **SALGADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3958W
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Pursuant to a plea bargain, appellant was placed on community supervision in April 2021. On February 7, 2022, the trial court signed an "Order Amending Conditions of Community Supervision." On August 4, 2022, appellant filed a pro se "Motion for Leave to File Notice of Appeal."

It appears this court lacks jurisdiction over appellant's appeal from the order modifying the conditions of his community supervision. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Vargas v. State*, No. 04-21-00508-CR, 2021 WL 5910714, at *1 (Tex. App.—San Antonio Dec. 15, 2021, no pet.) (per curiam) (mem. op., not designated for publication). Therefore, appellant is ORDERED to show cause in writing **no later than August 25, 2022** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to respond by August 25, 2022 this appeal will be dismissed.

Appellant's pro se motion for leave and all other appellate deadlines are held in abeyance pending further order of this court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court